# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 11-00022-KD-N ) |
| STEPHEN EMMONS, | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 24, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that defendant's motion to dismiss for lack of jurisdiction is **DENIED**.

DONE this 11th day of April, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE