IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CINCINNATI INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 11-00022-KD-N** |
| **STEPHEN EMMONS,** | ) | |
| **Defendants** | ) | |

## ORDER

This action is before the Court on the parties' joint motion to dismiss with prejudice (doc. 25). The parties move the Court for dismissal of this action with prejudice and state that all costs have been prepaid. The parties do not provide the Court with a rule of procedure or case law in support of the joint motion to dismiss. However, the Court will construe the motion to dismiss as a motion for voluntary dismissal by the plaintiff pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Upon consideration, the motion to dismiss is **GRANTED** and this action is **DISMISSED with prejudice.** The Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 22nd day of June, 2011.

>   **s / Kristi K. DuBose**
>   **KRISTI K. DuBOSE**
>   **UNITED STATES DISTRICT JUDGE**